■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH PEREZ, Appellant.—Judgment, Supreme Court, New York County, rendered on June 23, 1977, unanimously affirmed. The record before us does not contain facts sufficient to sustain the claim that defendant's plea was coerced. No opinion. Concur—Sandler, J. P., Sullivan, Bloom, Lane and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR ANDERSON, Appellant.—Judgment, Supreme Court, New York County, rendered on March 16, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Sandler, J. P., Sullivan, Bloom, Lane and Silverman, JJ.

■ In the Matter of MURRAY RICHMAN, Petitioner, v DANIEL F. MC-MAHON, Respondent.—Application pursuant to CPLR article 78 in the nature of a writ of certiorari, unanimously denied and the petition dismissed, without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Lupiano, Silverman, Ross and Yesawich, JJ.

## (October 9, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRENCE FRAMES, Appellant.—Judgment, Supreme Court, Bronx County, rendered on June 14, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Sandler, Markewich and Yesawich, JJ.

■ LINDA ALBIN, Respondent, v McLEAN TRUCKING COMPANY, Appellant, et al., Defendants.—Order, Supreme Court, New York County, entered on October 18, 1978, unanimously affirmed. Respondent shall recover of appellant $50 costs and disbursements of this appeal. This disposition does not preclude a Trial Judge, should circumstances so dictate, from granting a physical examination at the trial. No opinion. Concur—Kupferman, J. P., Birns, Markewich, Ross and Lynch, JJ.

■ In the Matter of the CITY OF NEW YORK, Respondent, v OWNERS OF PROPERTY, Appellants.—Supplemental judgments, Supreme Court, Bronx County, entered on March 9, 1979, unanimously affirmed on the opinion of Kent, J., at Special Term. Respondent shall recover of appellants $75 costs and disbursements of these appeals. Concur—Birns, J. P., Fein, Bloom, Lupiano, and Yesawich, JJ.